**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-00110-LTB

TRINA D. DEGARMO,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


       The Unopposed Motion for Withdrawal of Counsel (Doc 26 - filed October 6, 2015) is **GRANTED**. Kirsten Westerland is allowed to withdraw as counsel for Defendant herein. Defendant will continue to be represented by Danielle A. Pedderson, Special Assistant United States Attorney.


Dated: October 7, 2015
_____